```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANK CLARK,                          :   CIVIL ACTION
                                      :   NO. 12-5897
          Plaintiff,                  :
                                      :
     v.                               :
                                      :
INTERNATIONAL BROTHERHOOD OF          :
ELECTRICAL WORKERS, LOCAL #98,        :
                                      :
          Defendant.                  :
```

## O R D E R

**AND NOW**, this **4th** day of **December, 2013,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 13) is **GRANTED** and the clerk shall mark the case **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,     J.**